

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2010

**BY FACSIMILE**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



      Re:    **United States v. Melissa G. King,**
               **10 Cr. 122 (JGK)**

Dear Judge Koeltl:

      The Government was informed today by defense counsel in the above-referenced case that due to scheduling conflicts, defense counsel are unable to attend the hearing on the Government's Order to Show Cause on Tuesday, March 30, 2010. We have spoken to Your Honor's Deputy Clerk and he advised us that we submit a letter requesting an adjournment with a few dates and times that are convenient to the parties for a hearing. Michael Handwerker, Esq., counsel to Ms. King, has informed me that he is available for a hearing on April 5th and 6th after 3 p.m. The Government is also available for a hearing on those dates and times.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: *[signature]*
     Jason P. Hernandez
     Assistant United States Attorney
     (212) 637-1024

*Handwritten annotation:* Adjourned to 4/5/10 at 4:30 P.M. SO ordered. *[signature]* U.S.D.J.

Cc:    Michael Handweker, Esq. (by facsimile)
       Peter Till, Esq. (by facsimile)