```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------

UNITED STATES OF AMERICA,

    - against -                                10 Cr. 122 (JGK)

MELISSA KING,

                  Defendant.
-------------------------------

JOHN G. KOELTL, District Judge:

    At the hearing on September 21, 2010, Blantyre Farm, LLC ("Blantyre"), appeared through its attorney, Jed Friedman. Blantyre seeks to be heard on the issue of the interlocutory sale of the horses. The Government contends that Blantyre is a straw of the defendant, and that it lacks standing to oppose the sale as a result. A hearing will be held on the issue of whether Blantyre is a straw or alter ego of the defendant on **October 7, 2010, at 2:00 p.m.** Any briefs, from either party or from Blantyre, are due **October 4, 2010**. Any responses are due **October 5, 2010**.

    SO ORDERED.

Dated:    New York, New York
            September 23, 2010

                                              John G. Koeltl
                                     United States District Judge