UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

MELISSA KING,

                         Defendant.
-------------------------------------------------------------X

10 cr 122 (JGK)

**ORDER**

      Bail in this matter is hereby modified as follows:

      The bond shall be secured by four (4) financially responsible persons, two of whom have already signed the bond, including the defendant's son; two additional children of the defendant are to be the additional two co-signers. The defendant shall be relieved of any requirement of home confinement. However, the defendant is subject to strict pretrial supervision.

**SO ORDERED.**

                                                                   JOHN G. KOELTL
                                                 UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         March 15, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/11