# EXHIBIT 1

## M E M O R A N D U M

TO:     HONORABLE JOHN G. KOELTL
        U.S. District Court Judge

FROM:   Cynthia Labrovic
        United States Pretrial Services Officer

                              RE: King, Melissa

                              DOCKET #: 10 CR 122

The attached memorandum prepared by Pretrial Services Officer

    Cynthia Labrovic                    (914) 390-4137

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]     Please inform all parties concerned that I will conduct a Bail Review Hearing on _____ at _____.
                                         DATE                    TIME

[ ]     I direct that a bench warrant be issued for the defendant in this matter.

[ ]     Please advise the court of the outcome in this matter.

[ ]     So ordered _____

**COMMENTS:**



# MEMORANDUM

**To:** HONORABLE JOHN G. KOELTL
U.S. District Court Judge

**From:** Cynthia Labrovic
Pretrial Services Officer

**Re:** King, Melissa
10 CR 122

**Date:** March 7, 2011

This memo serves as an addendum to the original memo sent to Your Honor on 12/1/10 (see attached memo) requesting that the condition of home confinement enforced by electronic monitoring be removed. As of this date, Pretrial Services continues to believe that the defendant is no longer a risk of flight and recommend that her bail be modified to remove the condition of home confinement with electronic monitoring.

As previously stated, since her release on bail, the defendant's adjustment to supervision has been excellent and there have been no compliance issues to date. The defendant has proven herself neither a threat of nonappearance nor danger to the community. Criminal records checks have been conducted every 90 days revealing no new contact with law enforcement.

PSA is submitting this memorandum for Your Honor's information and review.

Reviewed by SPSO: *Margaret Amus*

cc: Joseph Facciponti, AUSA
    Michael Handwerker, defense counsel

# MEMORANDUM

TO:     HONORABLE JOHN G. KOELTL
        U.S. District Court Judge

FROM:   Cynthia Labrovic
        United States Pretrial Services Officer

RE: King, Melissa

DOCKET #: 10 CR 122

The attached memorandum prepared by Pretrial Services Officer

    Cynthia Labrovic                (914) 390-4137

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the court at this time. *The defendant can raise the conditions of her bail at the next pret[rial] hearing if she chooses.*

[ ]   Please inform all parties concerned that I will conduct a Bail Review Hearing on _____ at _____.
                                    DATE              TIME

[ ]   I direct that a bench warrant be issued for the defendant in this matter.

[ ]   Please advise the court of the outcome in this matter.

[ ]   So ordered  _____JGK 6/Koeltl_____
                                    12/2/10

COMMENTS:

[RECEIVED stamp]



# MEMORANDUM

**To:** HONORABLE JOHN G. KOELTL
U.S. District Court Judge

**From:** Cynthia Labrovic
Pretrial Services Officer

**Re:** King, Melissa
10 CR 122

**Date:** December 1, 2010

On 11/30/09, the defendant was taken into custody on charges of Embezzlement and Money Laundering. On that same date, she appeared before US Magistrate Judge Kevin N. Fox and was ordered released on a $10,000,000 bond secured by $3,000,000 in cash to be cosigned by three financially responsible persons with regular PSA Supervision, travel restricted to the Southern and Eastern Districts of NY, the District of CT and the District of Columbia, surrender of passport/refrain from making applications for new travel documents. On 12/04/09, US Magistrate Judge Kevin N. Fox modified bail, permitting the defendant to post $3,000,000 in real estate, in leu of cash.

On 12/14/09, the defendant appeared before US Magistrate Judge James C. Francis who modified bail to include home detention enforced by electronic monitoring (with leave for necessary shopping, Court appearances, Pretrial Services appointments, attorney meetings, religious services and personal medical services) until such time that she can produce 2 co-signers. At this time, the defendant continues to be unable to produce the remaining co-signers. On 8/06/10, Your Honor ordered that the defendant be permitted travel to Florida to meet with her attorneys and that she obtains prior approval of Pretrial Services of her expected travel at least five business days before the travel is to begin.

Since her release on bail, the defendant's adjustment to Pretrial Services supervision has been excellent. The defendant has adhered to the rules and conditions of electronic monitoring and there have been no compliance issues to date. In addition, the defendant has had numerous attorney meetings in Florida and several MRI's and CAT scans, all of which require the removal of electronic monitoring. During these periods, the defendant has returned to Pretrial immediately upon her return for bracelet re-attachment. She also remains in regular contact with Pretrial Services via telephone when she is out of NY State. In addition, for the last 60 days, the defendant has been unmonitored for a total of 26 days due to medical treatments and Florida

attorney meetings. Further, the defendant has scheduled attorney meetings in Florida for the month of December. She will be in Florida from 12/5/10-12/20/10 and thus not subject to electronic monitoring. For these reasons, Pretrial Services believes the defendant has proven herself neither a threat of nonappearance nor danger to the community. PSA therefore, believes this defendant no longer requires home detention enforced by electronic monitoring. We advise Your Honor that although defense counsel, Michael Handwerker joins PSA in this request, AUSA Hernandez and AUSA Facciponti oppose this bail modification.

PSA is submitting this memorandum for Your Honor's information and review. We respectfully request the removal of electronic monitoring as a condition of this defendant's bail. We respectfully await the Court's direction in this matter.

*Margaret Smug*
Reviewed by Margaret Smug:
SUSPO

cc: Jason Hernandez, AUSA
Joseph Facciponti, AUSA
Michael Handwerker, defense counsel