USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          ORDER OF FORFEITURE

     -v.-                          S3 10 Cr. 122 (JGK)

MELISSA G. KING,

        Defendant.

- - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about October 21, 2011, MELISSA G. KING (the "Defendant"), was charged in a two-count Superseding Information, S3 10 Cr. 122 (JGK)(the "Information"), with embezzlement from Employee Benefit Plans, in violation of Title 18, United States Code, Sections 664 and 2 (Count One); and making false subscription to U.S. individual tax returns, in violation of Title 26, United States Code, Section 7206(1) (Count Two);

        WHEREAS, the Information included a forfeiture allegation as to Count One seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense;

        WHEREAS, on June 21, 2012, the Defendant was sentenced and ordered, pursuant to Rule 32.2(b)(2)(C) of the Federal Rules of Criminal Procedure, to forfeit an amount of money in United States currency to be calculated within a period of ninety days (the "Calculated Amount"), representing the amount of proceeds

obtained as a result of the offense charged in Count One of the Information; and

WHEREAS, once the Calculated Amount is determined, the Court shall amend this Order, pursuant to Rule 32.2(b)(2)(C)(iii) and Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a forfeiture money judgment in the Calculated Amount shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the Defendant, MELISSA G. KING, upon entry of this order, and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding forfeiture money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

4. Upon execution of this Order of Forfeiture and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service (or its designee) shall be authorized to deposit the payments on the forfeiture money judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       June 21, 2012

                                    SO ORDERED:

                                    _____
                                    HONORABLE JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

4