LAW OFFICES
## GOLDSTEIN & HANDWERKER, LLP
280 MADISON AVENUE, SUITE 1202
NEW YORK, N.Y. 10016
TEL: (212) 679-1330
FAX: (212) 779-2469

WWW.GHLAWNYNJ.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/27/13

MICHAEL HANDWERKER
STEVEN T. GOLDSTEIN*

**NEW JERSEY OFFICE**
765 MOUNTAIN AVENUE, SUITE 101
SPRINGFIELD, N.J. 07081
TEL: (973) 912-0555
FAX: (973) 379-5602

*ALSO ADMITTED IN NEW JERSEY

March 7, 2013

**VIA FACSIMILE: (212) 805-7912**
Honorable Justice John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



RECEIVED
MAR 14 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Re:   USA v. Melissa King
      S3 10 Cr. 122 (JGK)

Dear Judge Koeltl:

It is 4 pm and I have not heard from Melissa King relative to my letter of March 7th addressing the identity of the recipients of restitution. As promised I used Fed EX to bring this to Melissa King's attention earlier this week. I would ask that our time to respond be enlarged to March 23rd, 2013.

Respectfully,

Michael Handwerker, Esq.
Goldstein & Handwerker, LLP

Cc:   Assistant U.S. Attorney Joseph Facciponti – Via Facsimile 212-637-2620
      Assistant U.S. Attorney Jason Hernandez – Via Facsimile 212-637-2527
      Alice Fontier, Esq. – Via Facsimile 212-571-3792

*The defense offered no reason for delay. In any event, the Court only signed the Amended Judgment on 3/26/13 and no response was received from the defense. So ordered*
3/26/13  /s/ John G. Koeltl
         U.S.D.J.